**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

| | | |
|---|---|---|
| AMBER MCKINLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENGHIS GRILL FRANCHISE CONCEPTS, LP, d/b/a GENGHIS GRILL; CHALAK RESTAURANTS OF GERMANTOWN, LLC; CMG MANAGEMENT SOLUTIONS, LLC; AL BHAKTA; CHET BHAKTA; RON PARIKH; MANISH PATEL; DR. SANJAY PATEL; PUSHPAK PATEL; and DOE DEFENDANTS 1-10,<br><br>Defendants. | ) | Case No. 2:17-cv-2408-JPM-tmp |

---

**ORDER DENYING AS MOOT MOTIONS TO DISMISS**

---

Before the Court is the Motion to Dismiss Genghis Grill and Chalak Mitras Group of Companies Pursuant to Fed. R. Civ. P. 12(b)(2), filed on August 29, 2017 by Defendants Genghis Grill Franchise Concepts, LP; Chalak Restaurants of Germantown, LLC; Al Bhakta; Chet Bhakta; Ron Parikh; Manish Patel; Sanjay Patel; and Pushpak Patel. (ECF No. 61.) Also before the Court is the Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) filed on October 30, 2017 by Defendant Nik Bhakta. (ECF No. 77.)

On January 22, 2018, with leave of the Court, Plaintiff Amber McKinley filed an Amended Complaint. (ECF No. 96.) Because the instant Motions were filed in response to

Plaintiff's initial Complaint and Plaintiff has since filed an Amended Complaint, the instant Motions are moot. Accordingly, Defendants' Motions to Dismiss are DENIED WITHOUT PREJUDICE AS MOOT.

**IT IS SO ORDERED**, this 23rd day of January, 2018.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT JUDGE