**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| AMBER McKINLEY, individually and on behalf of all others similarly-situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GENGHIS GRILL FRANCHISE CONCEPTS, LP, ET AL.,<br><br>*Defendants*. | Case No: 2:17-cv-2408-JPM-tmp |

**REVISED JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT**

Plaintiff Amber McKinley and Defendants Genghis Grill Franchise Concepts, d/b/a Genghis Grill, Chalak Restaurants of Germantown, LLC, CMG Management Solutions, LLC, Al Bhakta, Chet Bhakta, Ron Parikh, Manish Patel, Dr. Sanjay Patel, and Pushpak Patel (collectively the "Parties"), hereby move this Court for approval of a settlement reached in this matter. In support thereof, the Parties state as follows:

1. On December 18, 2019, the Parties filed a motion for approval of a collective action settlement. Doc 135.

2. On December 20, 2019, the Court denied the motion for settlement approval based on the inclusion of a confidentiality provision. Doc 136.

3. The Parties subsequently amended the settlement agreement to remove any requirement of confidentiality. The revised settlement agreement is attached hereto as **Exhibit 1**.

4. All other terms of the settlement agreement remain the same.

5. As such, the Parties incorporate the reasoning, analysis, and request for relief set forth in the prior Joint Motion for Approval of FLSA Settlement filed as Doc. 135.

6. A proposed Order is being submitted concurrently with this filing.

**WHEREFORE**, the Parties respectfully request that this Court approve the FLSA collective action settlement reached in this matter.

Respectfully submitted,

*/s/ Brandon M. Wise*
Brandon M. Wise
**PEIFFER WOLF CARR & KANE, APLC**
818 Lafayette Ave., Floor 2
St. Louis, MO 63104
314.833.4825
bwise@prwlegal.com

Bryce Ashby
**DONATI LAW, PLLC**
1545 Union Avenue
Memphis, TN 38104
Bryce@donatilaw.com

**ATTORNEYS FOR PLAINTIFF AMBER MCKINLEY**

*/s/ John B. Brown*
John B. Brown
Texas Bar No. 00793412 (pro hac vice)
john.brown@ogletreedeakins.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C**
8117 Preston Road, Suite 500
Dallas, TX 75225
214.987.3800
214.987.3927 (Fax)

Audrey M. Calkins (Tenn. BPR # 30093)
International Place, Tower II
6410 Poplar Avenue, Suite 300
Memphis, TN 38119
(901) 767-6160
(901) 767-7411 (Facsimile)
audrey.calkins@odnss.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 17, 2020, this document was filed with the Clerk of the Court using the CM/ECF system and said system will distribute notice and allow access to all counsel of record.

*/s/ Brandon M. Wise*