**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| AMBER MCKINLEY,<br><br>Plaintiff,<br><br>v.<br><br>GENGHIS GRILL FRANCHISE CONCEPTS, LP, d/b/a GENGHIS GRILL; CHALAK MITRA GROUP OF COMPANIES; AL BHAKTA; CHET BHAKTA; RON PARIKH; MANISH PATEL; DR. SANJAY PATEL; PUSHPAK PATEL; CMG MANAGEMENT SOLUTIONS, LLC; CHALAK RESTAURANTS OF GERMANTOWN, LLC; and DOE DEFENDANTS 1-10,<br><br>Defendants. | ) | Case No. 2:17-cv-02408-JPM-tmp |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on the Parties' Revised Joint Motion for Approval of FLSA Settlement Agreement, filed on January 17, 2020 (ECF No. 137), and the Court having entered an Order Granting the Revised Joint Motion for Approval of FLSA Settlement (ECF No. 139),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Revised Joint Motion for Approval of FLSA Settlement, this action is DISMISSED WITH PREJUDICE.

**THE COURT RETAINS JURISDICTION** to enforce the terms of the settlement agreement reached between the parties. (See ECF No. 138-1.)

**APPROVED:**

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

January 27, 2020
Date